LORING J. WHITESIDE *v.* WILLIAM T. BURLANT, SHERIFF

The motion by the plaintiff for an order directing the clerk to print in the record certain omitted documents in the appeal from the Superior Court in Fairfield County is denied. (King, C. J., Murphy, Alcorn, Shannon and Loiselle, Js., sitting.)